UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Marvin Arturo Escobar Barrera,
    Petitioner,

v.                                     CIVIL ACTION NO.
                                         1:18-cv-12437-DLC

Joseph D. McDonald, Jr.,
    Respondent.

**FINAL JUDGMENT**

**September 30, 2019**

**CABELL, U.S.M.J.:**

In accordance with a September 30, 2019 Order issued by this court, it is **ORDERED** and **ADJUDGED** that this petition for writ of habeas corpus is **DISMISSED**.

                                         /s/ Donald L. Cabell
                                       **Donald L. Cabell**
                                       United States Magistrate Judge